UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BENNETT B. COHON, an individual, MARILYN COHON, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CHICAGO TITLE INSURANCE COMPANY a Nebraska corporation, <br><br> Defendant. | CASE NO. CV11-8114 RGK (FMOx) <br><br> Assigned for all purposes to Honorable Judge R. Gary Klausner <br><br> [PROPOSED] JUDGMENT OF DISMISSAL |

On December 16, 2012, Defendant Chicago Title Insurance Company ("Chicago") filed a motion for judgment on the pleadings as to Plaintiffs Bennett B. Cohon and Marilyn Cohon's ("Plaintiff") complaint. On February 17, 2012, this Court

granted Chicago's motion for judgment on the pleadings as to all Plaintiffs' claims.

Therefore, the Plaintiffs' complaint is hereby DISMISSED with prejudice in its entirety and judgment is hereby entered in Chicago's favor.

**IT IS SO ORDERED.**

Date: 03-01-12

Hon. R. Gary Klausner
United States District Court Judge